IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEVIN BRANDIS PUGH,              )
                                )
     Plaintiff,                 )
                                )
v.                              )       CASE NO. 2:25-cv-00014-RAH-JTA
                                )
CONECUH COUNTY, ALABAMA,        )
                                )
     Defendants.                )

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on April 3, 2025. (Doc. 19.)  In the Recommendation, the Magistrate Judge recommends dismissal of this case without prejudice for failure to pay the filing fee, failure to prosecute, and failure to comply with court orders.   On May 15, 2025, Plaintiff filed a motion to object.  (Doc. 27.)   Other than objecting in general, Plaintiff provided no argument, discussion or explanation as to why the Magistrate Judge's Recommendation was in error. The Magistrate Judge denied that motion. (Doc. 29)  After an independent review of the file, and for good cause, it is ORDERED as follows:

(1)    Any objections to the Recommendation are OVERRULED;

(2)    The Recommendation is ADOPTED; and,

(3)    This case is DISMISSED without prejudice.

(4)    Plaintiff's Motion for Status and for Copies (Doc. 32) is DENIED as MOOT

Final Judgment will be entered separately.

DONE, on this the 2nd day of June 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE